IN THE CIRCUIT COURT OF THE
SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

IN THE INTEREST OF:

W▮▮▮▮ R▮▮ J. (DOB:▮▮/▮)
and
W▮▮▮▮ M▮▮▮▮ A. (DOB:▮▮▮▮)

Minor Children

Case №:  2010–11397-CJDL
Division: 38

**DEFENDANTS' NOTICE OF FILING
OF NOTICE OF REMOVAL       /**
(07-Sept-2012)

PLEASE TAKE NOTICE THAT, on September 7, 2012, Defendants Ronald L. Fetters and Jennipher L. Moody, filed a Notice of Removal, pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(c) removing the above captioned action from the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida to the United States District Court for the Middle District of Florida. A true and correct copy of the Notice of Removal is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, upon the filing of the Notice of Removal with the Clerk of the United States District Court for the District of Florida, and filing copies thereof with the Clerk of the Circuit Court for Volusia County, Florida, the Defendant has effected removal and the Circuit Court shall proceed no further in this action unless and until the case is remanded pursuant to 28 U.S.C. § 1446(d).

CERTIFICATE OF SERVICE

I the undersigned authority hereby certify that a true and correct copy of the foregoing has been furnished on this 7th day of September, 2012 by regular US Mail to: • James F. Feuerstein, 303 North Saint Clair Abrams Ave., Tavares, Florida 32778, Fax – (352) 253-9704 (Attorney for Benjamin R. Williams), • **Although not a party to the case**: Florida's Department of Children and Families Legal, Annette Pitts, Esquire, (Managing attorney), 210 North Palmetto Ave., Room 412, Daytona Beach, Florida 32114  Fax – (386) 238-4768  • Judge Leah R. Case, 125 East Orange Ave., Daytona Beach, Florida 32114, Fax – (386) 248-8146.

_____
Ronald L. Fetters
P.O. Box 5562
Deltona, FL 32728
(407) 574-5323
(407) 505-3949(Facsimile)

_____
Jennipher L. Moody
P.O. Box 5562
Deltona, FL 32728
(407) 574-5323
(407) 505-3949(Facsimile)

Exhibit C