# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BENJAMIN R. WILLIAMS,

    Plaintiff,

v.                            CASE NO.  6:12-CV-1362-ORL-36GJK

RONALD L. FETTES and
JENNIPHER L. MOODY,

    Defendants.
_____/

## ORDER

This matter comes before the Court *sua sponte*. On September 10, 2012, Defendants were directed to file a written response to the Court's Order to Show Cause (Doc. 7) indicating why this matter should not be dismissed for lack of subject matter jurisdiction. Defendants were advised that failure to respond would result in this matter being remanded to state court. Defendants' response was due on September 24, 2012. To date, Defendants have not filed a response to the Order To Show Cause. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. This case is **DISMISSED**, as the Court lacks subject matter jurisdiction.

2. This case is **REMANDED** to state Court. The Clerk is directed to send a certified copy of this Order to the Clerk of the Court for the Seventh Judicial Circuit in and for Volusia County, Florida.

3. The Clerk is further directed to terminate any pending motions and deadlines and **CLOSE** this case.

-2-

**DONE AND ORDERED** at Orlando, Florida, on December 3, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD AND UNREPRESENTED PARTIES, IF ANY

-2-